[No. 31847-1-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE
BURTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02798-1, William L. Downing, J., entered November 24, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 33218-0-I.    Division One.    June 20, 1994.]

MELVIN D. HELGESON, ET AL, *Appellants*, v. THE CITY
OF MARYSVILLE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-2-06106-4, John E. Rutter, Jr., J. Pro Tem., entered July 29, 1993. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Grosse and Becker, JJ. Now published at 75 Wn. App. 174.

[No. 30621-9-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS
IMELDO RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05552-8, James A. Noe, J., entered April 20, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31867-5-I.    Division One.    June 20, 1994.]

LEOLA M. WILLIAMS, *Appellant*, v. VIRGINIA MASON
MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-28321-4, Robert H. Alsdorf, J., entered November 12, 1992. *Reversed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Becker, J. Now published at 75 Wn. App. 582.